## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **DILLIAN STOUTE, Individually and on** | § | |
| **behalf of all others similarly situated,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **NO.    MO:18-CV-000228 DC** |
| | § | |
| **BISON LOGISTICS, LLC d/b/a** | § | |
| **SOURCE ENERGY SOLUTIONS** | § | |
| *Defendant.* | § | |

### FINAL ORDER OF DISMISSAL WITH PREJUDICE

It is ORDERED the above-styled and numbered cause is DISMISSED WITH PREJUDICE, pursuant to Fed. R. Civ. P. 41(a)(1)(a)(ii) and based upon the Parties' Agreed Stipulation of Dismissal with Prejudice (Doc. 23) filed August 14, 2020.

IT IS FURTHER ORDERED that all attorney fees, expenses and court costs shall be borne by the party incurring same. All other relief not expressly granted herein is DENIED.

IT IS FINALLY ORDERED that all pending motions, if any, are DENIED AS MOOT.

It is so **ORDERED**.

SIGNED this 17th day of August, 2020.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE